UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF NEW JERSEY

In re

DARSCHYN ASSOCIATES

Case # **12-23163-DHS**

CHAPTER 11

Affirmation in Support of

MOTION TO REINSTATE

BANKRUPTCY AND REINPOSE STAY

Keith O.D. Moses, does hereby affirm under the penalty of perjury:

1. I am an attorney duly admitted to practice law in the State of New Jersey with offices located at 665Newark Avenue, Suite 215, Jersey City, NJ 07306.
I am the attorney for the above captioned Debtor and I make this application in support of the motion to vacate the Order to Reinstate the Bankruptcy.

2. The above captioned Debtor filed for relief under CHAPTER 11 of the Bankruptcy Code on May 22, 2012.

3. Debtor was required to file certain missing Documents including 20 Largest Unsecured Creditors, Attorney Disclosure Statement, List of Equity Security Holders, Statement of Financial Affairs, Summary of Schedules, Corporate

Resolution, Balance Sheet, Cash Flow Statement, Statement of Operations, Tax Return, Schedules E,G,H. by 6/6/2012.

4. The revised forms have been executed and are submitted herewith for filing and a copy of each form is included with this motion except for a copy of the income tax returns of the debtor.

Wherefore, affirmant respectfully requests that the court reinstate the bankruptcy and re-impose the automatic stay.

Dated: Jersey City, New Jersey

July 17, 2012

/s/

Keith O.D. Moses

Attorney for the Debtor