UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

In re

DARSCHYN ASSOCIATES

DEBTOR

Case # 12-23163-DHS

CHAPTER 11

Donald H. Steckroth
NOTICE OF MOTION

FOR AN ORDER TO REINSTATE BANKRUPTCY AND REINSPOSE STAY

*FILED JAMES J. WALDRON, CLERK JUL 23 2012 U.S. BANKRUPTCY COURT NEWARK, N.J. BY ___ DEPUTY*

PLEASE TAKE NOTICE that upon the annexed affirmation of Keith O.D. Moses, attorney for Debtor, DARSCHYN ASSOCIATES , a motion will be made to the Honorable Donald H. Steckroth,  United States Bankruptcy Judge at 50 Walnut Street, Newark, NJ 07102 on    August 14, 2012  at   10:00 A.M. for an Order:

REINSTATING THE BANKRUPTCY AND REINPOSING THE STAY..

Dated: Jersey City, NJ

July 17, 2012

/s/
Keith O.D. Moses

Attorney for the Debtor

665 Newark Avenue, Suite 203

Jersey City, New Jersey 07306

(201) 656 0098